*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* SUTTON/ROE, Minors.

UNPUBLISHED
May 19, 2022

No. 358569
Kalamazoo Circuit Court
Family Division
LC No. 2018-000455-NA

Before: GLEICHER, C.J., and RONAYNE KRAUSE and BOONSTRA, JJ.

RONAYNE KRAUSE, J., (*concurring*).

I concur in the result only.

/s/ Amy Ronayne Krause